UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| ROBERT K. DECKER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Cause No. 2:19-cv-00616-JRS-MJD |
| J. BRADLEY, | ) ) ) |
| Defendant. | ) |

### DEFENDANT'S MOTION TO DISMISS

Defendant J. Bradley respectfully moves that the Court dismiss Plaintiff's complaint against him in this matter pursuant to Federal Rule of Civil Procedure 12(b)(6) for the following reasons:

- Plaintiff's First Amendment retaliation claim presents a new *Bivens* context and seeks to protect an interest for which alternative avenues of relief already exist; other "special factors" also counsel against an expansion of *Bivens* to that setting; and this Court as well as courts around the country have rejected similar claims on *Abassi* grounds; and,

- Plaintiff's Fifth Amendment claim fails both because it is collaterally estopped by Plaintiff's prior assertion and litigation of that claim in a habeas corpus proceeding before this Court and the Seventh Circuit which Plaintiff lost, and because Plaintiff's allegations in support of that claim fall short of the viability standard in multiple other respects.

In further support of this motion, Defendant contemporaneously files his Brief in Support of Motion to Dismiss.

WHEREFORE, Defendant J. Bradley respectfully requests that the Court grant this motion and dismiss all the claims against him in this matter, and grant such other and further relief as is just and necessary.

Respectfully submitted,

          JOSH J. MINKLER
          United States Attorney


By: */s/ Julian Wierenga*
   Julian C. Wierenga
   Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2020, a copy of the foregoing was filed electronically. Notice of this filing was also sent by first class U.S. Mail, postage prepaid, and properly addressed to the following:

Robert K. Decker
51719-074
TERRE HAUTE - FCI
TERRE HAUTE FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808

*/s/ Julian Wierenga*
Julian C. Wierenga
Assistant United States Attorney

Office of the United States Attorney
10 West Market Street
Suite 2100
Indianapolis, Indiana 46204
Telephone:   (317) 226-6333